**UNITED STATES COURT OF APPEALS**

**FIFTH CIRCUIT**

_____

No. 96-31223
_____


UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

FRANK HUGHES,

                              Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Louisiana
(95-CR-50071)
November 10, 1997

Before EMILIO M. GARZA, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     AFFIRMED. See 5TH CIR. R. 47.6.

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.